THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIFATAH HUSSEIN,

        Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,

        Defendant.

CASE NO. 2:26-cv-00809-JCC

[~~PROPOSED~~]

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Having considered the Stipulated Motion for Extension of Time for Defendant to Respond to Complaint (**dkt 8**) and all pleadings and files herein, the Motion is GRANTED.

IT IS HEREBY ORDERED the time for Defendant to respond to Plaintiff's Complaint is extended up to and through April 28, 2026.

DATED this 7th day of April 2026

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO
RESPOND TO COMPLAINT - 1
CASE NO. 2:26-CV-00809-JCC

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WA  98101
206.223.7000  FAX: 206.223.7107

Presented by:

BALLARD SPAHR LLP

By: *s/ Abraham K. Lorber*
    Abraham K. Lorber, WSBA No. 40668

    1301 Second Avenue, Suite 2800
    Seattle, Washington 98101
    Telephone:  206.223.7000
    lorbera@ballardspahr.com

*Attorneys for Defendant LexisNexis Risk Solutions, Inc.*

CONSUMER JUSTICE LAW FIRM

By: *s/ Dawn McCraw*
    Dawn McCraw, WSBA No. 54543

    450 Alaskan Way South, Suite 200
    Seattle, Washington 98104
    Telephone:  602.807.1527
    dmccraw@consumerjustice.com

*Attorneys for Plaintiff*

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO
RESPOND TO COMPLAINT - 2
CASE NO. 2:26-CV-00809-JCC